Kevin T. Snider, CA State Bar No. 170988
*Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
mmcreynolds@pji.org;
mmatchak@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERAMIAH COOPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Defendant. | Case No.: 3:22-cv-09193-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT [FRCP 15]** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, San Francisco Bay Area Rapid Transit District ("BART") through their counsel of record, HEREBY AGREE AND STIPULATE AS FOLLOWS:

## RECITALS

1. WHEREAS, on December 30, 2022, Plaintiffs filed their Complaint against BART. Dkt. No. 1.

2. WHEREAS, on February 8, 2023, BART filed an Answer to the Complaint. Dkt. No. 14.

3. WHEREAS, on February 9, 2023, an unopposed motion to consolidate *Chavez, et al. v. San Francisco Bay Area Rapid Transit District* (Case No. 3:22-cv-06119-WHA) with *Cooper, et al. v. San Francisco Bay Area Rapid Transit District* (Case No. 22-cv-09193-JD) was filed and is scheduled to heard on March 30, 2023, in Courtroom 12 in the San Francisco federal courthouse, the Honorable William Alsup presiding.

4. WHEREAS, former employees of BART have received right to sue letters from the Equal Employment Opportunity Commission with a 90-day deadline to file suit.

5. WHEREAS, other than naming additional employees as plaintiffs with a single descriptive paragraph per plaintiff, the amended complaint will not set forth additional allegations or causes of action. *See* proposed Amended Complaint, a complete copy of which accompanies this stipulation per C.L. Rule 10-1.

6. WHEREAS, adding plaintiffs instead of filing a separate action is in the best interest of the parties and their counsel by saving time, reducing costs, and avoiding confusion that could result from the duplication of work and calendaring.

7. WHEREAS, adding plaintiffs instead of filing a separate action would preserve judicial resources and serve to advance the orderly administration of justice.

STIPULATION

1. THEREFORE, the Parties agree there is good cause to amend the complaint to add plaintiffs.

**IT IS SO STIPULATED.**

Dated: March 3, 2023

By: */s/ Kevin Snider*
KEVIN SNIDER
Attorney for Plaintiffs

Dated: March 3, 2023

By: */s/ Vicki Nuetzel*
VICKI NUETZEL
Attorney for Defendant

**ATTESTATION OF E-FILED SIGNATURE**

I, Kevin Snider, am the CM/ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I attest that Vicki Nuetzel has read and approved this pleading and consented to its filing in this action.

By: */s/ Kevin T. Snider*
KEVIN T. SNIDER

*Attorney for Plaintiffs*
*Cooper, et al.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation per Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs request to amend the Complaint to add former employees of the San Francisco Bay Area Rapid Transit District is hereby GRANTED. Plaintiffs shall file the amended complaint within two court days of receiving this signed order. Defendants shall have 30 days to file a responsive pleading after the amended complaint is filed.

**IT IS SO ORDERED.**

Dated: ________________ ________________________________________

HONORABLE JAMES DONATO
United States District Judge