Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
       mmcreynolds@pji.org;
       mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERAMIAH COOPER, et al., | Case No.: 3:22-cv-09193-WHA |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| v. | Date: March 14, 2024 |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | Time: 8:00 a.m. |
| | Courtroom: 12 |
| Defendant. | Judge: Hon. William H. Alsup |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs respectfully request that the Court take judicial notice of the files in the related case of *Chavez, et al., v. San Francisco Bay Area Rapid Transit District* (Case No. 3:22-cv-06119-WHA). Specifically, Plaintiffs request notice of the Declaration of Rodney Maplestone in Opposition to Motion for Class Certification. A true and correct document can be accessed in this Court's file at Ct. Doc. 42-1 of said case.

A court may take judicial notice of papers in related proceedings. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006). *See also*, *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n. 1 (9th Cir. 1996).

Respectfully submitted this fifth day of February 2024.

/s/ Kevin T. Snider
Kevin T. Snider
*Attorney for Cooper, et al.*