Kevin T. Snider, CA State Bar No. 170988
   *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
       mmcreynolds@pji.org;
       mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERAMIAH COOPER, et al.,

      Plaintiffs,

v.

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT,

      Defendant.

) Case No.: 4:22-cv-09193-DMR
)
) **DECLARATION OF JIM SCULLION IN**
) **SUPPORT OF MOTION FOR PARTIAL**
) **SUMMARY JUDGMENT**
)
)
)
)
)
)

## DECLARATION OF JIM SCULLION

I, Jim Scullion, am a plaintiff in the above-encaptioned case, and if called upon, I could and would testify truthfully, as to my own personal knowledge, as follows:

*Job Description*

1.      I was employed by BART as a Train Control Electronic Technician and a part-time instructor.

2.      In that position, I was responsible for installing, maintaining, and troubleshooting electronic, mechanical, electromechanical, computer, and communication

systems that detected trains and controlled their movements. I did my work in train control rooms at stations and wayside on the tracks. I was responsible for 24 different areas.

*Riding BART Trains*

3.  I had not ridden the train to and from work in the last five years before separating.

4.  While at work, I rode the train about one to two days each month to join up with another crew, to inspect equipment on the track, or to be dropped off or picked up on the track.

*Request for Religious Exemption & Accommodation*

5.  In October of 2021, BART ordered all employees to be vaccinated against COVID-19.

6.  I am a devout Christian and I have sincerely held religious beliefs that prevent me from receiving the COVID-19 vaccine. Using a form provided by BART, I explained my beliefs and the reason I cannot be vaccinated. The explanation of my beliefs is found in Exhibit 1 of the Complaint. See, Ct. Doc. 1-1:58-59. In addition to use of the form, I submitted additional documentation which accompanies this declaration, marked as Exhibit 2 and stamped as 000711-12, and Exhibit 3 and stamped as BART_0001526-27. My convictions have not changed.

7.  BART approved my request for a religious exemption by letter dated December 20, 2021. A true and correct copy of the approval accompanies this declaration and is marked as Exhibit 4 and stamped as BART_0001528.

8.  BART requested that I provide suggestions for a reasonable accommodation. Though I provided options, at no time did BART offer a suggested proposal of its own.

9.  BART only sent emails with flyers regarding referrals for COVID-19 testing. It offered testing through another company if an employee was exposed to someone who contracted COVID-19.

10.  In a letter dated January 5, 2022, BART rejected all suggestions for an accommodation that I made. A true and correct copy of the denial accompanies this declaration, marked as Exhibit 2. See, Ct. Doc. 1-1:145-49.

11.  In a letter dated January 10, 2022, BART denied the request for religious accommodation and directed me to either comply with the vaccination mandate or choose three options for leaving BART.  That denial and separation options letter is marked as Exhibit 6 and is stamped as BART_0001533-34.

12.  BART never directed me to check with my respective union regarding schedule changes as an accommodation.

13.  I have exhausted administrative remedies and have received a notice of right to sue from the Equal Employment Opportunity Commission. See Exhibit 3 of the Complaint, Ct. Doc. 1-1:201-02.

*Return to Work*

14.  I worked on site throughout the COVID-19 outbreak until December 14, 2021.

15.  I returned to work on site when BART required me to do so for seven days due to notification timing. I worked on site between January 11, 2022 and January 13, 2022. I also worked on site on January 16, 2022.

1   I declare under penalty of perjury under the laws of the United States that the

2   foregoing is true and correct and of my own personal knowledge.  Executed on this ___ Day

3   of February, 2024.

Jim Scullion
Declarant

2/2/24

# EXHIBIT 1

# Jim Scullion

# (Exhibit 1)



**EMPLOYEE REQUEST FOR RELIGIOUS EXEMPTION (COVID-19 Vaccination)**

| Date of Request | 12/3/2021 |
|---|---|
| **Employee Name** | **Employee ID Number** |
| Jim Scullion | 57790 |
| **Job Title** | **Email Address** |
| Train Control Electronic Technician and Instructor | Calypsozan@gmail.com |
| **Union (or Non-Rep)** | **Supervisor/Manager** |
| SEIU | Rudolfo Cardoza |

The San Francisco Bay Area Rapid Transit District ("District") is committed to equal employment opportunities for all employees and a work environment that is free of unlawful harassment, discrimination, and retaliation. Consistent with this commitment, the District complies with all laws protecting employees' religious beliefs, practices, and observances. When requested, the District will provide an exemption or reasonable accommodation for employees' sincerely held religious beliefs, practices, and observances, which prohibit the employee from receiving a COVID-19 vaccination, provided the accommodation is reasonable,  the employee is able to perform the essential functions of their job, and the accommodation does not create an undue hardship for the District or pose a direct threat to the health and/or safety of the employee or others in the workplace.

As voted on by the Board of Directors on October 14, 2021, a Statement of Policy was approved mandating that all employees and Board members be fully vaccinated against COVID-19 by December 13, 2021, with exceptions made only for those who qualify for a Reasonable Accommodation or Religious Exemption.

A religious exemption may be considered for any District employee who: (1) holds a sincere religious belief that conflicts with the vaccination requirement, (2) completes this request form, and (3) provides any information needed to support the exemption request.

### EMPLOYEE CERTIFICATION

I request an exemption from the District policy requiring COVID-19 vaccinations for all District employees. I make this request based on my sincerely held religious belief(s), practice(s), or observance(s). My beliefs are in conflict with the vaccination requirement, and I certify the following is true:

| |
|---|
| 1.   My religion or belief system is (enter description): See attachment |
| 2.   I have held this belief(s) system, or practiced and observed this religion since (enter date or year): See attachment |
| 3.   My religion, belief system, or practice requires me to abstain from the COVID-19 vaccination because (describe the specific tenet, practice, or observation that conflicts with the COVID-19 vaccination requirement and/or explain how you follow it): See attachment |



**EMPLOYEE REQUEST FOR
RELIGIOUS EXEMPTION
(COVID-19 Vaccination)**

| | |
|---|---|
| 4.  If your religion, belief system, or practice requires you to abstain from the COVID-19 vaccination, but not other types of vaccinations, please describe the specific tenet, practice, or observation that expressly conflicts with the COVID-19 vaccination (attach a separate sheet if needed).<br><br>See attachment | |
| 5.  If your request for a religious exemption to the District's COVID-19 vaccine mandate were to be granted, please indicate what you would request as a reasonable accommodation that would enable you to perform the essential functions of your job without posing a direct threat to the health and/or safety of others in the workplace.<br><br>See attachment | |
| 6.  Please provide a written statement, an affidavit or other documents from a religious leader, or other person describing my beliefs and practices, including information regarding when I embraced the belief or practice, as well as when, where, and how I have adhered to the belief, practice, observance. | |

I hereby certify that I make this request based on my sincerely held religious beliefs that prevent me from complying with COVID-19 vaccination requirements. I understand that any falsified information can lead to disciplinary action, up to and including termination of employment.

I also understand that my request for an accommodation may not be approved if it is not reasonable, if I am unable to perform the essential functions of my job, if it poses a direct threat to the health and/or safety of others in the workplace and/or me, or if it creates an undue hardship for the District.

_____ _Jim Scullion_ _____       12/13/21
Employee Signature                                                Date

Please note that this information will be maintained in a separate confidential file from your personnel file and access will be limited only to those with a need-to-know.

FOR LEAVE MANAGEMENT USE ONLY

Date Received: ___/___/_____          Documentation Included? ☐YES ☐NO

Date Documentation Received: ___/___/_____

# EXHIBIT 2

Jim Scullion
4 Captain Drive Unit #312
Emeryville, CA 94608

Employee #57790
Train Control Electronic Technician (full-time) and Instructor (part-time), 20 years
SEIU 1031, BART Chapter
Rodolfo Cardoza, Train Control Section Manager

Bay Area Rapid Transit District
Human Resources Department
2150 Webster Street
Oakland, CA 94612

December 3, 2021

Ladies/Gentlemen,

I have had closely held Christian beliefs for over 25 years that prevent me from taking a vaccine and am asserting my right to free expression of my religious practices and a religious accommodation under:

- Equal Employment Opportunity Commission (EEOC) Title VII of the Civil Rights Act of 1964 (42 U.S. Code § 2000e)
- Religious Freedom Restoration Act (RFRA) of 1993
- U.S. Constitution 1st Amendment

Authority from this governance requires employers such as BART to make religious accommodations for vaccines. Be advised that this is the only accommodation I require.

The message from the Office of the General Manager dated October 18, 2021 states that only Moderna, Pfizer and Johnson & Johnson vaccines will be accepted.

These vaccines violate my religious beliefs because, at a minimum, they have ALL used cells from human fetuses in laboratory research, development, production, and/or testing.

According to Divine rule from God:

" Do you not know that your body is a house of God where the Holy Spirit lives? God gave you His Holy Spirit. Now you belong to God. You do not belong to yourselves. 20 God bought you with a great price. So honor God with your body. You belong to Him." (1 Corinthians 6:19-20)

"We should write to them that they should keep away from everything that is given to gods. They should keep away from sex sins and not eat blood or meat from animals that have been killed in ways against the Law." (Acts 15:20)

CONFIDENTIAL

"Christian brothers, I ask you from my heart to give your bodies to God because of His loving-kindness to us. Let your bodies be a living and holy gift given to God. He is pleased with this kind of gift. This is the true worship that you should give Him." (Romans 12:1)

"Before I started to put you together in your mother, I knew you. Before you were born, I set you apart as holy. I chose you to speak to the nations for Me." (Jeremiah 1:5)

"See, children are a gift from the Lord. The children born to us are our special reward." (Psalm 127:3)

"At that time the followers came to Jesus. They said, "Who is the greatest in the holy nation of heaven?" 2 Jesus took a little child and put him among them. 3 He said, "For sure, I tell you, unless you have a change of heart and become like a little child, you will not get into the holy nation of heaven. 4 Whoever is without pride as this little child is the greatest in the holy nation of heaven. 5 Whoever receives a little child because of Me receives Me. 6 But whoever is the reason for one of these little children who believe in Me to fall into sin, it would be better for him to have a large rock put around his neck and to be thrown into the sea." (Matthew 18:1-6:)

And certainly the 5th Commandment states, "Thou shall not kill." (Exodus 20:13)

Violating my body with a product that has benefited from the loss of a human child is a REVOLTING ABOMINATION and ABSOLUTELY AGAINST MY CHRISTIAN RELIGIOUS PRACTICES.

With Divine rule from God abetted by 1 Corinthians 6:19-20, Acts 15:20, Romans 12:1, Jeremiah 1:5, Psalm 127:3, Matthew 18:1-6, and the 5th Commandment...

And with Federal authority from EEOC Title VII of the Civil Rights Act of 1964 (42 U.S. Code § 2000e), the RFRA Act of 1993, and the U.S. Constitution's 1st Amendment...

I am asserting my right to free expression of my religious beliefs and informing BART that the District must make a religious accommodation by providing me a vaccine exemption.

Jim Scullion

CONFIDENTIAL

# EXHIBIT 3

Jim Scullion
4 Captain Drive Unit #312
Emeryville, CA 94608

Employee #57790
Train Control Electronic Technician (full-time) and Instructor (part-time), 20 years
SEIU 1031, BART Chapter
Rodolfo Cardoza, Train Control Section Manager

Bay Area Rapid Transit District
Human Resources Department
2150 Webster Street
Oakland, CA 94612

December 3, 2021

Ladies/Gentlemen,

I have had closely held Christian beliefs for over 25 years that prevent me from taking a vaccine and am asserting my right to free expression of my religious practices and a religious accommodation under:

- Equal Employment Opportunity Commission (EEOC) Title VII of the Civil Rights Act of 1964 (42 U.S. Code § 2000e)
- Religious Freedom Restoration Act (RFRA) of 1993
- U.S. Constitution 1st Amendment

Authority from this governance requires employers such as BART to make religious accommodations for vaccines. Be advised that this is the only accommodation I require.

The message from the Office of the General Manager dated October 18, 2021 states that only Moderna, Pfizer and Johnson & Johnson vaccines will be accepted.

These vaccines violate my religious beliefs because, at a minimum, they have ALL used cells from human fetuses in laboratory research, development, production, and/or testing.

According to Divine rule from God:

" Do you not know that your body is a house of God where the Holy Spirit lives? God gave you His Holy Spirit. Now you belong to God. You do not belong to yourselves. 20 God bought you with a great price. So honor God with your body. You belong to Him." (1 Corinthians 6:19-20)

"We should write to them that they should keep away from everything that is given to gods. They should keep away from sex sins and not eat blood or meat from animals that have been killed in ways against the Law." (Acts 15:20)

BART_0001526

"Christian brothers, I ask you from my heart to give your bodies to God because of His loving-kindness to us. Let your bodies be a living and holy gift given to God. He is pleased with this kind of gift. This is the true worship that you should give Him." (Romans 12:1)

"Before I started to put you together in your mother, I knew you. Before you were born, I set you apart as holy. I chose you to speak to the nations for Me." (Jeremiah 1:5)

"See, children are a gift from the Lord. The children born to us are our special reward." (Psalm 127:3)

"At that time the followers came to Jesus. They said, "Who is the greatest in the holy nation of heaven?" 2 Jesus took a little child and put him among them. 3 He said, "For sure, I tell you, unless you have a change of heart and become like a little child, you will not get into the holy nation of heaven. 4 Whoever is without pride as this little child is the greatest in the holy nation of heaven. 5 Whoever receives a little child because of Me receives Me. 6 But whoever is the reason for one of these little children who believe in Me to fall into sin, it would be better for him to have a large rock put around his neck and to be thrown into the sea." (Matthew 18:1-6:)

And certainly the 5th Commandment states, "Thou shall not kill." (Exodus 20:13)

Violating my body with a product that has benefited from the loss of a human child is a REVOLTING ABOMINATION and ABSOLUTELY AGAINST MY CHRISTIAN RELIGIOUS PRACTICES.

With Divine rule from God abetted by 1 Corinthians 6:19-20, Acts 15:20, Romans 12:1, Jeremiah 1:5, Psalm 127:3, Matthew 18:1-6, and the 5th Commandment...

And with Federal authority from EEOC Title VII of the Civil Rights Act of 1964 (42 U.S. Code § 2000e), the RFRA Act of 1993, and the U.S. Constitution's 1st Amendment...

I am asserting my right to free expression of my religious beliefs and informing BART that the District must make a religious accommodation by providing me a vaccine exemption.



Jim Scullion

BART_0001527

# EXHIBIT 4



**San Francisco Bay Area Rapid Transit District**
2150 Webster Street, Oakland, CA 94612

<u>**SENT VIA EMAIL**</u>

December 20, 2021

Jim Scullion
4 Captain Drive #312
Emeryville, CA 94608
Calypsozan@gmail.com

**SUBJECT: Approval—COVID-19 Vaccine Mandate Religious Exemption Request**

Dear Jim,

We have reviewed your request for a religious exemption to the COVID-19 vaccination mandate under Title VII of the Civil Rights Act of 1964. **After careful review and consideration of the information provided, your request is approved**. The approval is objectively supported by the guidelines put forth by the Equal Employment Opportunity Commission (EEOC).

The District will provide a reasonable accommodation for employees' sincerely held religious beliefs, practices, and observances, which prohibit the employee from receiving a COVID-19 vaccination, provided the accommodation is reasonable, the employee is able to perform the essential functions of their job, and the accommodation does not create an undue hardship for the District or pose a direct threat to the health and/or safety of the employee or others in the workplace.

We will be reaching out to you in the near future to begin engaging in the reasonable accommodation process. If the process goes beyond December 13, 2021, you will be placed on Paid Administrative Leave effective December 14, 2021, until the closure of your request. Please let me know if you have any questions or concerns in the meantime.

Sincerely,

*Rod Maplestone*
**Rod Maplestone**
**Manager of Leave Programs**

CC:      Leave Management Confidential File

BART_0001528

# EXHIBIT 5

# Jim Scullion
# (Exhibit 2)



**San Francisco Bay Area Rapid Transit District**
2150 Webster Street, Oakland, CA 94612

**SENT VIA EMAIL/US MAIL**

January 5, 2022

       Jim Scullion
       Train Control Electronic Tech
       4 Captain Drive #312
       Emeryville, CA 94608
       Calypsozan@gmail.com

**SUBJECT: No Accommodation, COVID-19 Vaccine Mandate Religious Exemption Request**

Dear Jim,

We previously notified you that your request for a religious exemption to the COVID-19 vaccination mandate made pursuant to Title VII of the Civil Rights Act of 1964, was approved.

The next step in the process is for the District to work with you to determine whether a reasonable accommodation can be identified to enable you to continue working without being vaccinated and to ensure the accommodation meets the following requirements:

- Ensures that you can continue to perform the essential functions of your job;
- Does not pose a direct threat to the health and/or safety of you or other employees in the workplace; and
- Does not create an undue hardship for the District. (Per Title VII of the Civil Rights Act, an employer can deny an accommodation request if it imposes more than a de minimis cost on the employer's business. 42 U.S.C. § 12111(10)(A); 29 C.F.R. § 1605.2. Costs to be considered include not only direct monetary costs, but also the burden on the conduct of the employer's business, including the risk of the spread of COVID-19 to other employees or to the public).

In your request, you asked for the following accommodation:

       1. No accommodation recommendation provided

San Francisco Bay Area Rapid Transit District

After careful consideration, the District has concluded that we are unable to accommodate your request and meet the requirements stated above and not place an undue hardship on the District.  In addition to the accommodation you requested, the District explored the following additional accommodation options and concluded that none of the accommodations identified would sufficiently reduce potential COVID transmission and not place an undue burden on the District:

| Accommodation Considered | Conclusion |
|---|---|
| 1. Follow CDC Guidelines:<br>　　a. Mask wearing/PPE/Gloves, etc.<br>　　b. Practice Social distancing<br>　　c. Avoid crowds/poorly ventilated places<br>　　d. Stay home when sick<br>　　e. Clean and disinfect surfaces and equipment | Adherence to CDC guidelines is recommended for all employees. While it is recommended that we all follow these guidelines, they are not specific workplace accommodations.  According to the Federal Centers for Disease Control and Prevention (CDC) as well as the California Department of Public Health (CDPH), vaccination is the most effective method to prevent transmission and limit COVID-19 hospitalizations and death. |
| 2. Remote work | Although some positions may allow work to be performed remotely on an intermittent basis, doing so 100% of the time would not be practical.  We cannot guarantee you would never need to come on-site for meetings, inspections, discussions, etc. for the remainder of your employment at the District. |
| 3. Communicate via phone, text, and email or participate in meetings via MS Teams/online | It is not reasonable to expect that even despite efforts to avoid direct contact with others, that we would be able to completely eliminate the need for such contact as part of your job. |
| 4. Use of respirators | While face coverings, including the use of respirators, does comply with CDC guidelines, the CDC and CDPH recommend vaccination as the most effective method to prevent transmission and limit COVID-19 hospitalizations and death. |
| 5. Limited contact with others due to field-based work, work alone, work in enclosed office spaces, use of own vehicle/equipment, or use of alternative break areas or workstations | Despite efforts to limit contact with others, it would not be possible to eliminate the need for direct and/or close contact with others in all situations. |
| 6. Natural COVID antibodies instead of vaccine | According to the CDC, a positive antibody test result alone, especially one from an infection at an unknown time or that was determined by a viral test more than 6 months ago, does not necessarily mean that you are immune to getting COVID-19. |
| 7. Regular/daily temperature checks and/or screening for symptoms | Regular temperature checks/screening for symptoms is unreasonably burdensome for the District to monitor and maintain on an ongoing basis.  Furthermore, both the CDC and CDPH recommend vaccination as the most effective method to prevent transmission and limit COVID-19 hospitalizations and death. |
| 8. Unpaid leave of absence (3-4 months) | Granting a temporary leave of absence (paid or unpaid) would be unreasonable as vaccination status would not be expected to change during the period of leave. |
| 9. Regular COVID testing, either:<br>　　a. At employee's time and expense, or;<br>　　b. On-site<br>　　c. Saliva testing rather than other methods<br>　　d. Utilize labs that do not share data<br>　　e. Retest if PCR test is positive and asymptomatic | Regular COVID testing is unreasonably burdensome for the District to monitor and maintain on an ongoing basis, whether paid for by the employee or the District.  Furthermore, the testing option does not achieve the safety standard set forth by the Board of Directors in the Vaccine Mandate Policy Statement approved on October 14, 2021.  According to the CDC as well as the CDPH, vaccination is the most effective method to prevent transmission and limit COVID-19 hospitalizations and death. |

The District will consider additional accommodation options (not addressed above) if identified.  Please send an email including any additional accommodations you would like us to consider to HRDP@bart.gov by Sunday, January 9, 2022.  Leave Management will evaluate your request and determine whether it can be accommodated.

If we do not receive additional accommodation requests for consideration from you, we will consider this accommodation request closed due to the fact that no reasonable accommodation could be identified.  In the future, if you have a qualifying medical condition and need to request a reasonable accommodation, the District will engage in the Reasonable Accommodation Interactive Process with you.

**COMPLAINT PROCEDURE:** Employees who believe there has been a violation of their employee rights, including being denied a request for a religious exemption or reasonable accommodation, on the basis of discrimination, harassment, and/or retaliation should immediately report the prohibited conduct to the District's Office of Civil Rights at eeocomplaint@bart.gov.

Respectfully,

*Rod Maplestone*

**Rod Maplestone**

**Manager of Leave Programs**

CC:      Leave Management Confidential File



**2150 Webster St,**
**Oakland, CA 94604**

## <u>Proof Of Service By Mail</u>

I declare that I, **Ana Alvarado**, am an employee in the County of Alameda.  I am over the age of eighteen years.  My business address is San Francisco Bay Area Rapid Transit, 2150 Webster St., Oakland, CA   94612, 4th Floor.

On **January 5, 2022,** I hereby enclosed in a sealed envelope the following **Closing Interactive/Options, COVID-19 Vaccine Mandate Religious Exemption Request** with postage thereon fully paid, in the United States Postal Service.  The envelope is addressed as follows:

> **Jim Scullion**
> **4 Captain Drive #312**
> **Emeryville, CA 94608**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 5, 2022** at Oakland, Alameda County, California.

**Print Name**:   **Ana Alvarado**

**Signature**:



**2150 Webster St,**
**Oakland, CA 94604**

## **Proof Of Service By Mail**

I declare that I, **Rod Maplestone**, am an employee in the County of Alameda.  I am over the age of eighteen years.  My business address is San Francisco Bay Area Rapid Transit, 2150 Webster St., Oakland, CA   94612, 4th Floor.

On **February 1, 2022,** I hereby enclosed in a sealed envelope the following **Religious Exemption Interactive Reasonable Accommodation Closing Options Letter** with postage thereon fully paid, in the United States Postal Service.  The envelope is addressed as follows:

> **Ryan Rivera**
> **343 Solano Ave**
> **Hayward, CA 94541**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 1, 2022** at Oakland, Alameda County, California.

**Print Name**:   **Rod Maplestone**

**Signature**:   *Rod Maplestone*

# EXHIBIT 6



**San Francisco Bay Area Rapid Transit District**
2150 Webster Street, Oakland, CA 94612

**SENT VIA EMAIL/US MAIL**

January 10, 2022

Jim Scullion
Train Control Electronic Tech
4 Captain Drive #312
Emeryville, CA 94608
CALYPSOZAN@GMAIL.COM

**SUBJECT: Closing Interactive/Options, COVID-19 Vaccine Mandate Religious Exemption Request**

Dear Jim,

We previously notified you that your request for a religious exemption to the COVID-19 vaccination mandate had been granted in accordance Title VII of the Civil Rights Act of 1964, and supported by the guidelines put forth by the Equal Employment Opportunity Commission (EEOC).

In a subsequent letter, sent to you on January 5, 2022, we informed you that we were unable to identify a reasonable accommodation for your request that would enable you to continue to meet job performance and safety requirements and not place an undue hardship on the District. We agreed to consider any additional accommodation options if you submitted them on or before January 9, 2022.

You were not able to identify alternative reasonable accommodations by the deadline given. Consequently, we are closing the Interactive process as no reasonable accommodation was identified. In the meantime, you are expected to return to work during the 7-day decision period. Therefore, you have the following options:

**OPTION #1:**

**Comply with the Vaccine Mandate –** If you opt to receive the vaccine, the District will delay any termination proceedings so long as you provide evidence of having received a vaccination shot within seven (7) days of today's date. Please submit your proof, including only having received the first dose of a two-dose vaccine, to vaccine@bart.gov.

**OPTION #2:**

**Service Retirement –** Because you are a member of the California Public Employee's Retirement System (CalPERS), you may contact Arne Stokstad at 510.464.6206 or astokst@bart.gov to apply for a service retirement. You may also directly contact CalPERS at 888.225.7377 for more information regarding your retirement options.

**OPTION #3:**

**Voluntary Resignation** – If you are not eligible for or do not wish to pursue retirement, you have the option to voluntarily resign from your position. You may submit your written resignation to Leave Management – Human Resources at 2150 Webster Street – 4th Floor, Oakland, CA 94612 or to your immediate Supervisor.

**OPTION #4:**

**Take no Action** – if you do not elect to pursue retirement or voluntarily resign, and do not provide proof of vaccination seven (7) days of today's date, you will be out of compliance with the District's vaccine mandate and the District will pursue termination of your employment. If the District pursues this option, you will be notified separately of the details of your pre-disciplinary hearing.

This closes your request for a religious exemption to the COVID-19 vaccine mandate. In the future, if you have a qualifying medical condition and need to request a reasonable accommodation, the District will engage in the Reasonable Accommodation Interactive Process with you. If you have any questions or need further clarification, please contact me at 510.464.6198 or HRDP@bart.gov.

**COMPLAINT PROCEDURE:** Employees who believe there has been a violation of their employee rights, including being denied a request for a religious exemption or reasonable accommodation, on the basis of discrimination, harassment, and/or retaliation should immediately report the prohibited conduct to the District's Office of Civil Rights at eeocomplaint@bart.gov.

Sincerely,

*Rod Maplestone*

**Rod Maplestone**
**Manager of Leave Programs**

CC:     Leave Management Confidential File

# EXHIBIT 7

# Jim Scullion
# (Exhibit 3)

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 25, 2022

Mr. Jim Scullion
4 Captain Drive
Unit 312
Emeryville, CA  94608

Re:  EEOC Charge Against Bay Area Rapid Transit
    No. 555202300166

Dear Mr. Scullion:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

    The investigative file pertaining to your case is located in the EEOC Oakland Local Office, Oakland, CA.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                Sincerely,

                Kristen Clarke
             Assistant Attorney General
               Civil Rights Division

        by      /s/ Karen L. Ferguson
                Karen L. Ferguson
           Supervisory Civil Rights Analyst
           Employment Litigation Section

cc: Oakland Local Office, EEOC
  Bay Area Rapid Transit